**IT IS SO ORDERED.**

Dated: December 12, 2007

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ELEANOR R. BALL IRREVOCABLE TRUST, | ) | No. 2-05-21529-GBN |
| | ) | |
| | ) | ORDER DISMISSING CASE |
| | ) | |
| Debtor, | ) | |

The *United States Trustee's Motion to Convert or Dismiss* ("Motion") came on for hearing on November 6, 2007. At that time, the Court entered an order requiring the Debtor to bring its quarterly fee payments current by December 6, 2007. Further, the Court ordered that if the Debtor did not bring its quarterly fees current by the deadline, the United States Trustee could lodge an order dismissing the case. As set forth by the United States Trustee in her Notice of Lodging Order, the debtor remains delinquent in paying its quarterly fees.

Based upon the Motion, and for cause,

IT IS HEREBY ORDERED that this case is dismissed. \*\*

Date:_____  _____
                                                                    Honorable George B. Nielsen
                                                                    United States Bankruptcy Court

1  ** The status hearing set January 3, 2008 at 9:15 a.m. is vacated.



2

Case 2:05-bk-21529-MCW    Doc 112    Filed 12/12/07    Entered 12/13/07 08:13:31    Desc
Main Document    Page 2 of 2