Dennis Andrew Ball
P.O. Box 84
Marion, IL 62959

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Debtor's Name | ) Case No. 2:05-bk-21529-GBN |
| | ) |
| Dennis Andrew Ball | ) **NOTICE** |
| | ) |
| | ) The Honorable George B. Nielsen [Recalled] |

1. The Debtor, Dennis Andrew Ball filed a Notice of Appeal dated February 12, 2013. The debtor requested and was granted a Discharge by Chapter 7 May 29, 2013. All appeals were dismissed by the Debtor but others arising from the Illinois Cases 13-40001-lkg, 13-40561-lkg and 13-40861-lkg and their appeals lingered. Costs and fees from these and other cases are included with the Illinois Order dated 9/24/2015. Two cases from the Arizona State Court resulted in additional fees discharged by order.

2. The trustee archived this case with no pending issues before the court.

3. The Debtor noticed the Clerk the case was closed.

4. The Trustee files with the Court LIENS ON TITLE/OWNERSHIP of Trust assets Absconded by parties adverse to the interests of the Estate of Eleanor R. Ball and the Trust Estate of the Eleanor R, Ball Irrevocable Living Trust 05/10/01.

So Dated this 15th day of February, 2022 by: _____
Dennis Andrew Ball, Trustee

Proof Of Service Filed with the Court February 15, 2022 with Copy Forwarded to:

1). United States Bankruptcy Court
    230 N. 1st Ave., Ste 101
    Phoenix, Arizona 85003-1727

## **AFFIDAVIT OF FACTS**

1. There is a <u>DUTY</u> based on the FACTS by the Maricopa County Board Of Supervisors To Uphold The Constitutional Guarantees Of Life, Liberty & Pursuit Of Happiness For Citizens Within Their Jurisdiction Who Pay Their Salaries & Demand They Be Equally Accountable To Law & The People By Whom Are Paying Their Salaries, Retirement Benefits, Insurance Benefits, & Their Cost Of Living Increases.

2. This <u>DUTY</u> extends to the County Board Members and was presented to them in person

    by <u>AUDIT</u> that shows that Seventy-Six percent (76%) of the Trust & Estate of the Ward,

    Eleanor R. Ball was not used for her care. There is a 'Standard Of Duty' by Statue ARS & 46-456 that is violated. The County Board Of Supervisors aka "BOS" has a DUTY as County Employers To Supervise The Conduct Of Their Employees Because Judges Do Take An Oath & Are Paid To Act In The Best Interests Of Their Positions Overseeing Litigation That Impacts The Lives Of Their Litigants. The Facts Show They Failed That Standard.

    A. Origins of this complaint was accomplished through <u>DISCOVERY</u> of all the Accounting Records; the facts of those findings originate out of the United States Bankruptcy Court For The District Of Arizona case number 2:05-bk-21529-PHX-GBN.
    B. At <u>ALL</u> times, Eleanor R. Ball was an incapacitated adult who resided in the County of Maricopa, State Of Arizona.
    C. The <u>ACTS</u> alleged occurred in Maricopa County, Arizona. State Of Arizona.
    D. On October 7, 2005, Dennis Andrew Ball was appointed as Successor Trustee to Morgan Stanley Trust and brings this complaint in his Official Capacity.
    E. He is also the <u>BENEFICIARY OF THE ELEANOR R. BALL IRREVOCABLE LIVING TRUST 05/10/01.</u>
    F. Prior to the Guardianship of Eleanor Ball, Morgan Stanley was her Trustee and managed her Property and assets. The Guardianship was created on June 3, 2004 with the participation of the County Court including attorneys Jonathan Schubert and Paul Blunt, both deceased. Gregory P. Divoco raided her trust and estate by his company known as Southwest Fiduciary, Inc. by both Court Appointed attorney Schubert & Company attorney, Blunt.
    G. Conflicts Of Interest abounded in this case because Blunt also represented Carol Ball.
    H. Within 22 months of their Court Appointments, Eleanor Ball's assets where wiped out a total of over $1,000,000. What is disconcerting is that two entities, Morgan Stanley Trust and Southwest Fiduciary, Inc. were entrusted to preserve and protect the assets for Eleanor yet allowed them to be raided in conflict with ARS & 14-10802-14 "Asset preservation for Beneficiary"; Court Judges participating Bassett & Fink. Their rulings empowered the Guardian, "SFI" to decimate the trust corpus and property with Schubert & Blunt participating. These were predicate acts committed in conflict with a <u>DUTY TO PROTECT.</u>

I. In June 2004, Eleanor Ball became ill was placed in the hospital then moved to Encore Senior Village "ESV", Peoria, AZ where she was held as an incapacitated adult against her will with no say in the events by the Maricopa County Judges. There was **NO EVIDENCE** of her incapacity. The Court made it their business to intervene when there was no emergency.

J. She was administered "psychotophic drugs" mind altering drugs isolating her from her family members in conflict with Carol Ball and her wishes to keep her away from love and Family devotion. This is a condition known as "familial alienation" where the person feels abandoned. The Court had a DUTY to intervene but allowed the Guardian "SFI" their way.

K. At all times, Encore Senior Living "ESL" aka Encore Senior Village, Peoria, AZ knew Eleanor was a vulnerable and incapacitated adult as defined by ARS & 46-451(A)(9).

L. Inspite of a Miller's Trust for State Nursing Home Care, the Court allowed without pre-approval funds with drawn from her [Trust] Corpus in conflict with Probate rule 33. This Is common practice in Probate and has not ever been corrected that "due process" of The Ward's estate could be Objected without fear of it being depleted by the Court!!

M. Predicate Acts extended to Illinois by the Guardian "SFI" and attorneys Blunt & Schubert giving away a completely usable residential property for "nothing" while allowing her land Interest to fall into hostile ownership of an Illinois Attorney, Douglas Hines.

**WITNESSED BEFORE ME THIS DAY:**

_[signature]_

2-10-2022 Date

Notary: _Samuel R. Lambert_ 2/10/2022

```
SAMUEL R LAMBERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 19, 2022
```

January 31, 2022

Samuel G. Beggs, Esq.
317 E. Poplar St.
Harrisburg, IL 62946

re: 19CH37

Dear Samuel G. Beggs -

Please find enclosed the documents recorded and filed in case number 19CH37.

This matter continues in the State Courts which your client created by their vexatious acts upon a vulnerable adult and myself. Yet evidence shows that Eleanor's Ball obligation was accepted in the Judgment dated January 22, 2004 by Joe Neeley. Your client's negative behavior placing a lien on her goods and chattels when the evidence shows that she owned nothing at the time of the initial litigation by the Bank. The harm the bank caused is the issue.

A Notice was given and recorded 2013 of a claim of ownership of property 1110 W. Cherry St. Marion, IL 62959. By rights the Eleanor R. Ball Irrevocable Living Trust owns the property with myself as sole beneficiary. Mr. Green falsely claimed I have no interest in the property an outright falsehood.

I am a defendant, the City of Marion, Illinois filed its case Mid-Country Bank is a party.

Because pending litigation against your client persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file.

Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959
618/579-8077

February 7, 2022

Wendy Cunningham
1102 Tower Plaza
Marion, IL 62959

re: 19CH37

Dear Ms. Cunningham -

Please find enclosed the documents recorded and filed in case number 19CH37.

This matter continues in the State Courts which your client created by their vexatious acts upon a vulnerable adult and myself. Yet evidence shows that Eleanor Ball obligation was accepted in the Judgment dated January 22, 2004 by Joe Neeley. Your client's negative behavior placing a lien on her goods and chattels when the evidence shows that she owned nothing at the time of the initial litigation by the Bank; The harm the bank caused is the issue.

Notice was given and recorded of a claim of ownership of property 204 S. Bentley Street Marion, IL 62959. By rights the Eleanor R. Ball Irrevocable Living Trust owns the property with myself as sole beneficiary. Mr. Green falsely claimed I have no interest in the property an outright falsehood.

I am a defendant, the City of Marion, Illinois filed its case Mid-Country Bank is a party.

Because pending litigation against your client persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file.

Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959
618/579-8077

February 7, 2022

Neat Cut Lawn Care & Dirt Work
5928 IL-37
Marion, Illinois 62959

Re: 19CH37

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

Your time doing business is evidence and shows the amount of harm you created by your vexatious acts of financial and emotional exploitation upon a vulnerable adult and myself.

Please know notices to cease & desist demolition of Trust property, the scam you perpetrate upon innocent families has not gone unnoticed or reported in the public interest as a public safety matter you and your family created upon unsuspecting families and individuals. You have taken advantage knowing the consequences would create litigation against parties whom you participate to their demise.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01, It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property In your possession. Notice was given and recorded of a claim of ownership of property 204 S. Bentley St., Marion, IL 62959. By rights the Eleanor R. Ball Irrevocable Living Trust owns the property which you destroyed. The harm you created on this and all of Eleanor & Andrew Ball property is a bust. You are liable for damages by your negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from the Court. The results are quite telling along with 76% of the families assets were wasted by parties adverse to the legal interests including the same.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022

1st Southern Bank
300 Tower Sq. Plaza
Marion, Illinois 62959

Re: LIENHOLDER NOTICE -

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

As Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01,
It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property belonging to you. Notice was given and recorded of a claim of ownership of property held by you belonging to the Eleanor R. Ball Irrevocable Living Trust. The estate property which you neglected to notice resulting in the harm you created on Title. You are liable for damages by your negligence, ignorance & incompetence! Formerly, The Bank Of Marion.

A forensic audit was conducted by my office upon documents issued from your office. The results are quite telling along with 76% of the families assets were wasted by you and your business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022

Banterra Bank (Adm.)
111 Airway Dr.
Marion, Illinois 62959

Re: LIENHOLDER

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

Your time as the bank depository, evidence shows the amount of harm you created by your vexatious acts of financial and emotional exploitation upon a vulnerable adult and myself.

Please know, the acts perpetrate upon innocent families has not gone unnoticed or reported in the public interest as a public safety matter you and your bank created upon unsuspecting families and individuals.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01,
It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property
In your possession. Notice was given and recorded of a claim of ownership of property.
By rights the Eleanor R. Ball Irrevocable Living Trust owns the property which you neglected;
The harm you created on this and all of Eleanor & Andrew Ball property is a bust. You are liable for damages by your negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from your office.
The results are quite telling along with 76% of the families assets were wasted by you and your business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022

1st Mercury Surety
26600 Telegraph Rd. Ste. 100
Southfield, MI 48033


Re: LIENHOLDER


Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

Your time as the Surety Carrier for the deceased Johnathan P. Shubert, Esq., evidence shows the amount of harm he created by his vexatious acts of financial and emotional exploitation upon a vulnerable adult and myself.

Please know, the acts perpetrate upon innocent families has not gone unnoticed or reported in the public interest as a public safety matter he brought upon unsuspecting families and individuals.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01,
It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property
In your possession. Notice was given and recorded of a claim of ownership of property
by rights the Eleanor R. Ball Irrevocable Living Trust owns the property which he neglected;
The harm he created on this and all of Eleanor & Andrew Ball property is a bust. You are liable
for damages by Schubert's negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from his office.
The results are quite telling along with 76% of the families assets were wasted by Schubert
and his business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022

FIDELITY & DEPOSIT SURETY
1299 ZURICH WAY, 5TH FLOOR
SCHAUMBURG, IL 60196

Re: LIENHOLDER

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

Your time as the Surety Carrier for the Notorious Southwest Fiduciary Inc., evidence shows the amount of harm created by their vexatious acts of financial and emotional exploitation upon a vulnerable adult and myself.

Please know, the acts perpetrate upon innocent families has not gone unnoticed or reported in the public interest as a public safety matter brought upon unsuspecting families and individuals.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01,
It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property
In your possession. Notice was given and recorded of a claim of ownership of property
by rights the Eleanor R. Ball Irrevocable Living Trust owns property which he neglected;
The harm he created on this and all of Eleanor & Andrew Ball property is a bust. You are liable
for damages by their negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from their office.
The results are quite telling along with 76% of the families assets were wasted by "SFI"
and business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022

Encore Senior Village
9045 W. Athens St.
Peoria, Arizona 85382

Re: LIENHOLDER

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

During your time as my mother's caregiver, evidence shows the amount of harm you created by your vexatious acts of financial and emotional exploitation upon a vulnerable adult and myself.

Please know the scam you perpetrate upon innocent families has not gone unnoticed or reported in the public interest as a public safety matter you and your family created upon unsuspecting families and individuals. The scam on Seniors continues by your association to Fiduciaries, Guardians and Court Officials.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01, It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property Belonging to you. Notice was given and recorded of a claim of ownership of property 200 S. Bentley St., Marion, IL 62959. By rights the Eleanor R. Ball Irrevocable Living Trust owns the property which you neglected to collect rents, pay mortgages, pay insurance failure to vet renters, pay property taxes. The harm you created on this and all of Eleanor & Andrew Ball property is a bust. You are liable for damages by your negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from your office. The results are quite telling along with 76% of the families assets were wasted by you and your business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022

Palmer Abstract
503 N. Van Buren St.
Marion, Illinois 62959


Re: LIENHOLDER NOTICE -

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

During your time regarding property @ 1110 W. Cherry St. in case 2016MR38, failure to provide notice of pending foreclosure and demolition of Trust property resulting by the same.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01, It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property belonging to you. Notice was given and recorded of a claim of ownership of property 1110 W. Cherry St. Marion, Illinois 62959. By rights the Eleanor R. Ball Irrevocable Living Trust owns the property which you neglected to notice resulting in the harm you created on Title. You are liable for damages by your negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from your office. The results are quite telling along with 76% of the families assets were wasted by you and your business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022

Greg Divico
7147 N. 59th Ave.
Glendale, Arizona 85301

Re: LIENHOLDER

Mr. Divico-

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

During your time as my mother's guardian, evidence shows the amount of harm you created by your vexatious acts of financial and emotional exploitation upon a vulnerable adult and myself.

Please know Gregg Divico, the scam you perpetrate upon innocent families has not gone unnoticed or reported in the public interest as a public safety matter you and your family created upon unsuspecting families and individuals. You took over after Grant Woods prosecuted Mary Ellen Ettison for acts she committed you continued the scam on Seniors.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01, It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property In your possession. Notice was given and recorded of a claim of ownership of property 200 S. Bentley St., Marion, IL 62959. By rights the Eleanor R. Ball Irrevocable Living Trust owns the property which you neglected to collect rents, pay mortgages, pay insurance failure to vet renters, pay property taxes. The harm you created on this and all of Eleanor & Andrew Ball property is a bust. You are liable for damages by your negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from your office. The results are quite telling along with 76% of the families assets were wasted by you and your business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84
Marion, IL 62959

February 7, 2022
MORGAN STANLEY
101 California St. 23rd floor
San Francisco, CA 94111

Re: LIENHOLDER

Morgan Stanley -

Please find enclosed the document recorded and filed in case number 2:05-bk-21529-GBN.

During your time as my mother's wealth managers successor trustee, evidence shows the amount of harm you created by your vexatious acts of financial and emotional exploitation upon a vulnerable adult and myself.

Please know the scam you perpetrate upon innocent families has not gone unnoticed or reported in the public interest as a public safety matter you and your group created upon unsuspecting families and individuals. You broke your contract in 2005 after discovery of Funds depletion as the trustees of the Eleanor R. Ball Irrevocable Living Trust 05/10/01.

Now, as Court Appointed Trustee of the Eleanor Ball Irrevocable Living Trust 05/10/01, It is my fiduciary duty to advise you a Lien of $1,000,000 is placed on personal property In your possession. Notice was given and recorded of a claim of ownership of property 200 S. Bentley St., Marion, IL 62959. By rights the Eleanor R. Ball Irrevocable Living Trust owns the property which you neglected to collect rents, pay mortgages, pay insurance failure to vet renters, pay property taxes. The harm you created on this and all of Eleanor & Andrew Ball property is a bust. You are liable for damages by your negligence, ignorance & incompetence!

A forensic audit was conducted by my office upon documents issued from your office. The results are quite telling along with 76% of the families assets were wasted by you and your business associates.

Because pending litigation against you persists and is a certainty, I will request the Court order Alternative Dispute Resolution [ADR] as an alternative to protracted litigation. I trust you may find this path acceptable to that which will certainly commence in the alternative. There has never been nor will there be Arbitration by any Stock Agency.

I have reviewed the file. Demand is made: $1,000,000.00. Upon payment, the matter is settled.

Very truly yours,
/s/Dennis Andrew Ball
TrusteeERBIrreTr05/10/01
205 E. Main Street No. 84 Marion, IL 62959

Office Of The Trustee
205 E. Main St. No. 84
Marion, Illinois 62959



Image# 006914820001 Type: MISC
Recorded: 02/07/2022 at 09:56:08 AM
Page 1 of 1
Fees: $60.00
IL Rental Housing Fund: $9.00
Williamson County, IL
Amanda Barnes Clerk & Recorder
Book 386 Page 336

File **2022-00000982**

FILED WITH THE
WILLIAMSON CTY RECORDER
STATE OF ILLINOIS
IN THE BANKRUTCY ESTATE OF THE ELEANOR R. BALL IRR.05/10/01
STATE OF ARIZONA

# LIENHOLDER

Case No. 2:05-bk-21529-GBN, District of Arizona

**LIEN ON TITLE**     **LIEN ON OWNERSHIP**     **THE SUM $1.000,000**

The Trustee of the Eleanor R. Ball Irrevocable Living Trust 05/10/01 places an ownership Lien on property at 200 South Bentley, Marion, Illinois indexed at tax id:<u>06-13-391-017.</u>
Any subdivision of property at 202 S. Bentley, Marion, Illinois is included by fee simple.
Legal description:

*Part of the Southeast fourth of the Southwest Quarter of Section Thirteen (13), Township Nine (9), South, Range Two (2), East of the Third Principal Meridian.*

1. This Lien On Title is to protect the Eleanor R. Ball Irrevocable Living Trust from further harm and damage by **Centerstone** and certain other defendants. This Lien's value is for the costs of building and stated value for declaratory Judgment In the sum amount of One Million dollars ($1,000,000.00).

3. This Lien is consistent with the filing in Arizona Bankruptcy case: 2:05-bk-21529-GBN for monies owed and advanced to the Eleanor R. Ball Irrevocable Living Trust 05/10/01 by Trustee, Dennis Andrew Ball.

By    //s//Dennis Andrew Ball, Trustee.
Date     2/7 /2022

Office Of The Trustee
205 E. Main St. No. 84
Marion, Illinois 62959

Image# 006912180002 Type: MISC
Recorded: 01/26/2022 at 01:12:59 PM
Page 1 of 2
Fees: $60.00
IL Rental Housing Fund: $9.00
Williamson County, IL
Amanda Barnes Clerk & Recorder
Book 386 Page 214
File 2022-00000734

FILED IN THE
FIRST JUDICIAL CIRCUIT
STATE OF ILLINOIS

City Of Marion, Illinois )
)
      Plaintiff, Appellant )
vs. )    **16-MR-38**
)
DENNIS ANDREW BALL, INDIDUALLY; ERBTr )
CHARTER BANK, MID-COUNTRY BANK ) **LIEN ON TITLE**
MID-COUNTRY BANCSHARES, REGIONS ) **LIEN ON OWNERSHIP**
BANK, UNKNOWN OWNERS; NONE RECORD ) **THE SUM $1,000,000.**
CLAIMANTS, )
      Defendant(s), Appellee )

1. The Trustee of the Eleanor R. Ball Irrevocable Living Trust 05/10/01 places an ownership Lien on property at 1110 W. Cherry Street, Marion, Illinois indexed at tax id: <u>06-24-127-002.</u> Legal description:

    *Eighty and One-Half (80 1/2)ft in a strip of equal width off and across the West side of Lot Five (5) In Block Three (3)in C.H. Dennison's Fourth Addition to the City Of Marion, Illinois, situated in the County of Williamson State of Illinois.*

2. This Lien On Title is to protect the Eleanor R. Ball Irrevocable Living Trust from further harm and damage by the Plaintiff and certain other defendants, principally Mid-Country Bank. This Lien's value is for the costs of building and stated value for declaratory Judgment In the sum amount of $1,000,000.00.

3. This Lien is consistent with the filing in Arizona Bankruptcy case: 2:05-bk-21529-GBN for monies owed and advanced to the Eleanor R. Ball Irrevocable Living Trust 05/10/01 by Trustee, Dennis Andrew Ball.

    By  <u>//s//Dennis Andrew Ball, Trustee.</u>
    Date    <u>1/18/2022</u>

<b><u>CERTIFICATE OF SERVICE</u></b>

Image# 006914810002 Type: MISC
Recorded: 02/07/2022 at 09:56:08 AM
Page 1 of 2
Fees: $60.00
IL Rental Housing Fund: $9.00
Williamson County, IL
Amanda Barnes Clerk & Recorder
Book 386 Page 335

File **2022-00000981**

Office Of The Trustee
205 E. Main St. No. 84
Marion, Illinois 62959

FILED IN THE
FIRST JUDICIAL CIRCUIT
STATE OF ILLINOIS

City Of Marion, Illinois

       Plaintiff, Appellant     )
vs.                                         )     **19-CH-37**

DENNIS ANDREW BALL, INDIDUALLY; ERBTr)
CHARTER BANK, MID-COUNTRY BANK    )     **LIEN ON TITLE**
MID-COUNTRY BANCSHARES, REGIONS    )     **LIEN ON OWNERSHIP**
BANK, UNKNOWN OWNERS; NONE RECORD )     **THE SUM $1,000,000.**
CLAIMANTS,                                    )
       Defendant(s), Appellee     )

1. The Trustee of the Eleanor R. Ball Irrevocable Living Trust 05/10/01 places an ownership Lien on Title at 204 South Bentley, Marion, Illinois indexed at tax id:<u>06-24-126-016.</u> Legal description:

*A strip of equal width Fifty (50) feet wide along the North side of lot one (1) and strip of equal width twenty-nine (29) along and off the North side of lot three (3) and the South Twenty-one (21) feet of the North fifty Fifty (50) feet of lot three (3), all being situated in C. H. Denison's Fourth addition to the City of Marion, Williamson County, Illinois.*

2. This Lien On Title is to protect the Eleanor R. Ball Irrevocable Living Trust from further harm and damage by the Plaintiff and certain other defendants, principally Mid-Country Bank. This Lien's value is for the costs of building and stated value for declaratory Judgment In the sum amount of $1,000,000.00.

3. This Lien is consistent with the filing in Arizona Bankruptcy case: 2:05-bk-21529-GBN for monies owed and advanced to the Eleanor R. Ball Irrevocable Living Trust 05/10/01 by Trustee, Dennis Andrew Ball.

     By  <u>//s//Dennis Andrew Ball, Trustee.</u>
     Date   <u>2/7/2022</u>